FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LOPEZ GALINDO, | Case No. CV 13-00374 JST (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| RODRIGUEZ, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons discussed in the Court's corresponding Order.

Dated: ~~July~~ Sept. 3, 2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE